AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, AL OTRO LADO and TEXAS CIVIL RIGHTS PROJECT, *Plaintiff(s)* <br> v. <br> U.S. CUSTOMS AND BORDER PROTECTION <br> *Defendant(s)* | Civil Action No. 2:24-cv-03815-FMO-SSCx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Customs and Border Protection c/o
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it), pursuant to 5 U.S.C. § 552(a)(4)(C) of the Freedom of Information Act, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia L. Rice
Civil Rights Education and Enforcement Center
1245 E. Colfax Avenue, Suite 400
Denver, CO 80218
(303) 757-7901
crice@creeclaw.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/14/2024

*Carmen Lujan*

*Signature of Clerk or Deputy Clerk*